THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; GENERAL ELECTRIC COMPANY, a New York Corporation; and HAIER US APPLICANCE SOLUTIONS, INC., DBA GE APPLIANCES, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the following Amazon Selling Accounts: KEXLEWATERFILTERS; HOM-POWER STORE; NO-MIIMS; CLANORY; TOMORROW-CITYSTOR; HOMASZ; ROMAROTIC; DROPSALES; TAMEI-US; DANIELJAMES; ICEPY; WANHAOFILTER; HNAMZ-US; DOOBOO-US; PURTECH; and BARCELONA-US; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01120-JLR<br><br>[<s>PROPOSED</s>] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (together "Amazon"), General Electric Company and Haier US Appliance Solutions, Inc. dba GE Appliances (together "GE"), (collectively "Plaintiffs") Motion for Expedited Discovery ("Motion"). The Court has considered Plaintiffs' Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' Motion for Expedited Discovery (Dkt. # 11) is **GRANTED** as follows.

Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas to obtain information regarding Defendants' true identities, locations, and the scope of the alleged counterfeiting scheme from (1) Payoneer, Inc.; (2) Wells Fargo; (3) Deutsche Bank;

(4) CitiBank; (5) First Century Bank; (6) Microsoft Corporation; and (7) UPLUS. To the extent Plaintiffs identify additional third parties in subpoena responses as having responsive information related to the identity or location of Defendants or other bad actors responsible for the illegal counterfeiting scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those third parties.

SO ORDERED this 26th day of October, 2022.

*(signature)*

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP
*Attorneys for Plaintiffs*

s/ Brian D. Buckley

Brian D. Buckley (WSBA 26423)

1191 Second Avenue, 12th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Andrew M. Lewis (admitted *pro hac vice*)
555 California Street, 10th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: jwakefield@fenwick.com
alewis@fenwick.com