1

THE HONORABLE JAMES L. ROBART

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6 | AMAZON.COM, INC., a Delaware

No. 2:22-cv-01120-JLR

corporation; AMAZON.COM SERVICES

7 | LLC, a Delaware limited liability company;

**[~~PROPOSED~~] ORDER GRANTING**

GENERAL ELECTRIC COMPANY, a New

**PLAINTIFFS' *EX PARTE* MOTION TO**

8 | York Corporation; and HAIER US

**EXTEND TIME TO SERVE**

APPLICANCE SOLUTIONS, INC., DBA GE

**SUMMONSES AND COMPLAINT**

9 | APPLIANCES, a Delaware corporation,

10 | Plaintiffs,

11 | v.

12 | Individuals and entities doing business as the
following Amazon Selling Accounts:

13 | KEXLEWATERFILTERS; HOM-POWER
STORE; NO-MIIMS; CLANORY;

14 | TOMORROW-CITYSTOR; HOMASZ;
ROMAROTIC; DROPSALES; TAMEI-US;

15 | DANIELJAMES; ICEPY; WANHAOFILTER;
HNAMZ-US; DOOBOO-US; PURTECH; and

16 | BARCELONA-US; and DOES 1-10,

17 | Defendants.

18

19 THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc., Amazon.com

20 Services LLC (together "Amazon"), General Electric Company and Haier US Appliance

21 Solutions, Inc. dba GE Appliances (together "GE"), (collectively "Plaintiffs") Motion to Extend

22 Time to Serve Summonses and Complaint ("Motion"). Having considered Plaintiffs' Motion,

23 supporting declaration, and the governing law, the Court hereby GRANTS the Motion.

24 Accordingly, Plaintiff's deadline to serve the complaints pursuant to Federal Rule of Civil

25 Procedure 4(m) is hereby EXTENDED to February 7, 2023.

26

27

28 | [~~PROPOSED~~] ORDER GRANTING
PLAINTIFFS' *EX PARTE* MOTION TO
EXTEND TIME TO SERVE SUMMONSES
AND COMPLAINT
CASE NO.: 2:22-CV-01120-JLR

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

**IT IS SO ORDERED**

DATED this 9th day of November, 2022.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: *s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 12th Floor
Seattle, WA  98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email:        bbuckley@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Andrew M. Lewis (admitted *pro hac vice*)
555 California Street, 10th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile:     415.281.1350
Email:    jwakefield@fenwick.com
            alewis@fenwick.com

*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' *EX PARTE* MOTION TO
EXTEND TIME TO SERVE SUMMONSES
AND COMPLAINT
CASE NO.: 2:22-CV-01120-JLR

- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101