UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C22-1120JLR |
| Plaintiffs, | ORDER REGARDING SERVICE |
| v. | |
| KEXLEWATERFILTERS, et al., | |
| Defendants. | |

Plaintiffs filed their complaint in this action on August 11, 2022, against 16 named Defendants and ten unknown Doe Defendants. (Compl. (Dkt. # 1).) To date, Plaintiffs have not filed proof that they have served any of the Defendants. (*See generally* Dkt.)

On February 7, 2023, Plaintiffs moved *ex parte* for an order authorizing them to serve the named Defendants, who they believe are located in China, by email to the email addresses associated with their Amazon.com selling accounts. (2/7/23 Mot. (Dkt. # 18).) The court denied Plaintiffs' motion without prejudice on February 15, 2023, holding that Plaintiffs had failed to demonstrate that service by email comports with constitutional due

process because they did not show that the emails at issue are valid and are successfully receiving messages.  (2/15/23 Order (Dkt. # 22).)  Plaintiffs have not renewed their motion for alternative service of process.  (*See generally* Dkt.)

Under Federal Rule of Civil Procedure 4(m), the 90-day deadline for service of process does not apply where service is effected in a foreign country.  Fed. R. Civ. P. 4(m); *see also id.* 4(f), 4(h) (setting forth procedures for serving a corporation located in a foreign country).  Nevertheless, in the interest of managing its docket, the court ORDERS Plaintiffs to submit a status report no later than March 31, 2023, and every 90 days thereafter until service is effected, regarding the status of their efforts to serve the named Defendants.

Dated this 20th day of March, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2