THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; GENERAL ELECTRIC COMPANY, a New York Corporation; and HAIER US APPLIANCE SOLUTIONS, INC., DBA GE APPLIANCES, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>YUE XUAN, an individual d/b/a Selling Account HOM-POWER STORE; WANG NIANQI, an individual d/b/a Selling Account NO-MIIMS; DENG YI, an individual d/b/a Selling Account ROMAROTIC; TAN MEI, an individual d/b/a Selling Account TAMEI-US; DAO PING YANG, an individual d/b/a Selling Account ICEPY; ZHENG LI, an individual d/b/a Selling Account WANHAOFILTER; FANG JIE LI, an individual d/b/a Selling Account HNAMZ-US; WANG CHUN XIA, an individual d/b/a Selling Account DOOBOO-US; LIPING YANG, an individual d/b/a Selling Account PURTECH; and LIU YING JIAN, an individual d/b/a Selling Account BARCELONA-US; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01120-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS |

1  THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgement and Permanent Injunction Against Defendants by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (together "Amazon"), General Electric Company, and Haier US Appliance Solutions, Inc. dba GE Appliances (collectively "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f).  This Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 7,400 words.

SO ORDERED this 22nd day of May, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP


By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

    401 Union Street 5th Floor
    Seattle, WA  98101
    Telephone: 206.389.4510
    Facsimile: 206.389.4511
    Email: bbuckley@fenwick.com

    Jedediah Wakefield (admitted *pro hac vice*)
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone: 415.875.2300
    Facsimile: 415.281.1350
    Email: jwakefield@fenwick.com

    *Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING
*EX PARTE* MOTION TO FILE
OVER-LENGTH MOTION
CASE NO.: 2:22-CV-01120-JLR

-2-

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101